# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−19803−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronald J Howarth
dba Butlerboss, LLC
12 Cranbury Neck Road
Cranbury, NJ 08512

Linda B Howarth
aka Linda Belle Howarth
12 Cranbury Neck Road
Cranbury, NJ 08512

Social Security No.:
xxx−xx−1772                                                        xxx−xx−0266

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            7/23/19
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 15, 2019
JAN: wdr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-19803-MBK
Ronald J Howarth                                                                    Chapter 13
Linda B Howarth
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 15, 2019
                              Form ID: 132             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2019.
```
db/jdb         +Ronald J Howarth,    Linda B Howarth,    12 Cranbury Neck Road,     Cranbury, NJ 08512-2810
518244307      +AT&T Universal Citi Card,    Attn: Bankruptcy,    Po Box 790034,     St Louis, MO 63179-0034
518244306      +Amex,   Correspondence/Bankruptcy,     Po Box 981540,    El Paso, TX 79998-1540
518244308      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518244311      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518244312      +Citicards Cbna,    Citi Bank,    Po Box 6077,   Sioux Falls, SD 57117-6077
518244313      +Client Services, Inc.,    3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
518244316      +GC Services Limited Partnership,    PO Box 3855,    Houston, TX 77253-3855
518244317      +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
518244319     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
              (address filed with court: Wells Fargo Bank,     Attn: Bankruptcy Dept,    Po Box 6429,
                Greenville, SC 29606)
518244320      +Zwicker & Associates, P.C.,    1105 Laruel Oak Road, Suite 136,    Voorhees, NJ 08043-4312
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 15 2019 23:53:34     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2019 23:53:31    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518244309       E-mail/Text: cms-bk@cms-collect.com May 15 2019 23:52:59     Capital Management Services, LP,
                698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
518244310      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2019 23:57:59     Capital One,
                Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518244314      +E-mail/Text: dplbk@discover.com May 15 2019 23:54:00     Discover Personal Loan,
                Attn: Bankruptcy,   Po Box 30954,   Salt Lake City, UT 84130-0954
518244315       E-mail/Text: nwilliamson@foundationfinance.com May 15 2019 23:54:30
                Foundation Finance Company,    Attn: Bankruptcy,   Po Box 437,   Schofield, WI 54476
518244318      +E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 23:57:16     Syncb/hhgreg,    Attn: Bankruptcy,
                Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 7
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Henry   Chudzik, Jr.    on behalf of Joint Debtor Linda B Howarth nicole@chudziklaw.com
              Henry   Chudzik, Jr.    on behalf of Debtor Ronald J Howarth nicole@chudziklaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```