Form oscmsdoc – oscmissdocv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−19803−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronald J Howarth
dba Butlerboss, LLC
12 Cranbury Neck Road
Cranbury, NJ 08512

Linda B Howarth
aka Linda Belle Howarth
12 Cranbury Neck Road
Cranbury, NJ 08512

Social Security No.:
xxx−xx−1772

xxx−xx−0266

Employer's Tax I.D. No.:

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO FILE DOCUMENTS**

☑    The Court having noted that the debtor filed a petition on May 14, 2019, and did not file the following documents:

Debtor(s) Signature(s), Attorney Signature(s) on Pages 6 & 7 of Voluntary Petition

☐    The court having noted that the debtor's case was converted to chapter 13 on , and that the Court's local form, Chapter 13 Plan and Motions has not been filed,

It is hereby

ORDERED that the above document(s) must be received by the Clerk on or before 5/28/19 or the case will be dismissed.

If you object to dismissal you may file an Application to Extend Time to File Missing Documents or a written request for a hearing with the Clerk of the Bankruptcy Court at the address above. The Application or request must be received by the Clerk no later than 5/28/19.

If an Application to Extend Time to File Missing Documents is filed, the Court will either grant or deny your request and enter an order.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Michael B. Kaplan on

Date: June 12, 2019
Time: 10:00 am
Location: Courtroom 8
Address:   Clarkson S. Fisher Courthouse
           402 East State Street
           Trenton, NJ 08608−1507

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED.**

Dated: May 15, 2019
JAN: wdr

<u>Michael B. Kaplan</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:
Ronald J Howarth
Linda B Howarth
    Debtors

Case No. 19-19803-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 15, 2019
                        Form ID: oscmsdoc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2019.
db/jdb         +Ronald J Howarth,    Linda B Howarth,    12 Cranbury Neck Road,    Cranbury, NJ 08512-2810

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2019 23:53:32     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
                                                                                                                                                                                 TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2019 at the address(es) listed below:
         Albert    Russo    docs@russotrustee.com
         Henry    Chudzik, Jr.    on behalf of Joint Debtor Linda B Howarth nicole@chudziklaw.com
         Henry    Chudzik, Jr.    on behalf of Debtor Ronald J Howarth nicole@chudziklaw.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                    TOTAL: 4