UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Ronald J Howarth
Linda B Howarth

Debtor(s)

Case No. 19-19803 / MBK

Hearing Date: July 23, 2019  10:00 am

Judge: Michael B. Kaplan

Chapter: 13

### TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**Updated information on all vehicles and trailer - Schedule B does not give any mileage on vehicles and Trailer info.**

**The debtor(s) plan consists of unnecessary or excessive expense items, such as: Tele/Cell/Internet/Cable $640**

**The debtor(s) is not paying all disposable income into the plan pursuant to either Schedules I & J or Form 22C based upon the Trustee's review of the income and tax returns provided. The Trustee's calculations are higher for the following reason(s): Proof of income verifies higher.**

**The Schedules fail to account for the debtor(s) tax refund in the amount of $9,501 when determining disposable income.**

**The Plan provides for payment on unsecured claims of less than that which would be distributed upon liquidation under Chapter 7, as prohibited by 11 U.S.C. § 1325(a)(4): There is non-exempt equity on real property $34,172.33, 2012 Subura $20,451, Trailer $1,000, Firearms $1,000, Wells Fargo checking and savings $3,512.41, Chase bank accounts $106.74, Tax Refund $11,931 and possibly other vehicles.**

**Must file Pre-confirmation certificate.**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

/s/   Albert Russo
Albert Russo
Standing Chapter 13 Trustee
by: David Martin, Staff Attorney