Certificate Number: 17572-NJ-DE-033803302

Bankruptcy Case Number: 19-19803



17572-NJ-DE-033803302

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 8, 2019</u>, at <u>5:37</u> o'clock <u>PM PST</u>, <u>Linda B Howarth</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>December 8, 2019</u>         By:    <u>/s/Leigh-Anna M Thompson</u>

                                        Name:  <u>Leigh-Anna M Thompson</u>

                                        Title:  <u>Counselor</u>