Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019  
**Chapter 13 Case No. 19-19803 / MBK**

Ronald J Howarth  
Linda B Howarth

Petition Filed Date: 05/14/2019  
341 Hearing Date: 06/20/2019  
Confirmation Date: 12/03/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/29/2019 | $914.66 | 58919650 | 06/27/2019 | $914.66 | 59693020 | 07/30/2019 | $914.66 | 60455000 |
| 08/27/2019 | $914.66 | 61246120 | 09/30/2019 | $914.66 | 62091750 | 10/29/2019 | $914.66 | 62830090 |
| 12/05/2019 | $532.00 | 63857140 | | | | | | |

**Total Receipts for the Period: $6,019.96   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,083.96**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ronald J Howarth | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | HENRY CHUDZIK, JR.<br>»»  12/5/19 AMD DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $36,035.39 | $525.86 | $35,509.53 |
| 2 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $1,792.30 | $26.15 | $1,766.15 |
| 3 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $21,098.88 | $307.90 | $20,790.98 |
| 4 | FOUNDATION FINANCE COMPANY | Unsecured Creditors | $3,045.57 | $44.44 | $3,001.13 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $21,360.81 | $311.72 | $21,049.09 |
| 6 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $30,979.18 | $452.08 | $30,527.10 |
| 7 | QUICKEN LOANS INC<br>»»  P/12 CRANBURY NECK RD/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $20,846.47 | $304.21 | $20,542.26 |
| 9 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $3,077.17 | $44.91 | $3,032.26 |
| 10 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $43,129.74 | $629.39 | $42,500.35 |
| 11 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $19,970.26 | $291.43 | $19,678.83 |
| 12 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $19,628.41 | $286.44 | $19,341.97 |
| 13 | Wells Fargo Card Services | Unsecured Creditors | $21,077.00 | $307.58 | $20,769.42 |
| 14 | BANK OF AMERICA | Unsecured Creditors | $20,146.57 | $294.00 | $19,852.57 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY BANK | Unsecured Creditors | $1,412.00 | $20.61 | $1,391.39 |
| 16 | CITIBANK, N.A. | Unsecured Creditors | $25,717.16 | $375.29 | $25,341.87 |

**Chapter 13 Case No. 19-19803 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,083.96 | Plan Balance: | $27,132.00 ** |
| Paid to Claims: | $6,222.01 | Current Monthly Payment: | $532.00 |
| Paid to Trustee: | $368.25 | Arrearages: | $0.00 |
| Funds on Hand: | $493.70 | Total Plan Base: | $34,215.96 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.