| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
### Chapter 13 Case No. 19-19803 / MBK

Ronald J Howarth
Linda B Howarth

Petition Filed Date: 05/14/2019
341 Hearing Date: 06/20/2019
Confirmation Date: 12/03/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $532.00 | 64513050 | 02/04/2020 | $532.00 | 65245350 | 03/05/2020 | $532.00 | 66173100 |
| 04/03/2020 | $532.00 | 66872530 | 05/05/2020 | $532.00 | 67679640 | 06/04/2020 | $532.00 | 68451100 |
| 07/06/2020 | $532.00 | 69206130 | 08/10/2020 | $532.00 | 69991370 | 09/03/2020 | $532.00 | 70628960 |
| 10/05/2020 | $532.00 | 71365330 | 11/03/2020 | $532.00 | 72069940 | 12/02/2020 | $532.00 | 72768860 |
| 01/04/2021 | $532.00 | 73515320 | 02/02/2021 | $532.00 | 74257510 | | | |

**Total Receipts for the Period: $7,448.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,467.96**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ronald J Howarth | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | HENRY CHUDZIK, JR.<br>»» 12/5/19 AMD DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $36,035.39 | $1,193.33 | $34,842.06 |
| 2 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $1,792.30 | $59.36 | $1,732.94 |
| 3 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $21,098.88 | $698.70 | $20,400.18 |
| 4 | FOUNDATION FINANCE COMPANY | Unsecured Creditors | $3,045.57 | $90.35 | $2,955.22 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $21,360.81 | $707.38 | $20,653.43 |
| 6 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $30,979.18 | $1,025.89 | $29,953.29 |
| 7 | QUICKEN LOANS INC<br>»» P/12 CRANBURY NECK RD/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $20,846.47 | $690.34 | $20,156.13 |
| 9 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $3,077.17 | $91.29 | $2,985.88 |
| 10 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $43,129.74 | $1,428.27 | $41,701.47 |
| 11 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $19,970.26 | $661.33 | $19,308.93 |
| 12 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $19,628.41 | $650.00 | $18,978.41 |
| 13 | Wells Fargo Card Services | Unsecured Creditors | $21,077.00 | $697.97 | $20,379.03 |
| 14 | BANK OF AMERICA | Unsecured Creditors | $20,146.57 | $667.17 | $19,479.40 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY BANK | Unsecured Creditors | $1,412.00 | $37.12 | $1,374.88 |

| 16 | CITIBANK, N.A. | Unsecured Creditors | $25,717.16 | $851.64 | $24,865.52 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $13,467.96 | Plan Balance: | $20,748.00 ** |
| Paid to Claims: | $11,550.14 | Current Monthly Payment: | $532.00 |
| Paid to Trustee: | $888.00 | Arrearages: | $0.00 |
| Funds on Hand: | $1,029.82 | Total Plan Base: | $34,215.96 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**