# United States Bankruptcy Court
### District of New Jersey

In re: Ronald J Howarth, Linda B Howarth, Debtor(s)

Case No. **19-19803**
Chapter **13**

## SUBSTITUTION OF ATTORNEY

The undersigned, Henry Chudzik, Jr., hereby consents to the withdrawal as attorney of record for Ronald J Howarth and Linda B Howarth, debtors.

Dated: December 30, 2021         By: /s/ Henry Chudzik, Jr.
                                     Henry Chudzik, Jr.

The undersigned, {New Attorney Name}, hereby enters his appearance as attorney of record for Ronald J Howarth and Linda B Howarth, debtors.

Dated: December 30, 2021         By: /s/ Robert C Nisenson
                                     Robert C Nisenson

Ronald J Howarth and Linda B Howarth, debtors, hereby consents to the withdrawal of Henry Chudzik, Jr. and the substitution of Robert C Nisenson as their attorney of record in this case.

Dated: December 30, 2021         By: /s/ Ronald J Howarth
                                     Ronald J Howarth

                                 By: /s/ Linda B Howarth
                                     Linda B Howarth