| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-19803 / MBK**

Ronald J Howarth  
Linda B Howarth

Petition Filed Date: 05/14/2019  
341 Hearing Date: 06/20/2019  
Confirmation Date: 12/03/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $532.00 | 73515320 | 02/02/2021 | $532.00 | 74257510 | 03/04/2021 | $532.00 | 74999040 |
| 04/05/2021 | $532.00 | 75750020 | 05/05/2021 | $532.00 | 76510760 | 06/02/2021 | $532.00 | 77140630 |
| 07/06/2021 | $532.00 | 77937230 | 08/02/2021 | $532.00 | 78533200 | 09/07/2021 | $532.00 | 79315620 |
| 10/04/2021 | $532.00 | 79931610 | 11/02/2021 | $532.00 | 80574770 | 12/02/2021 | $532.00 | 81217060 |
| 01/05/2022 | $532.00 | 81904090 | 02/02/2022 | $532.00 | 82517310 | | | |

**Total Receipts for the Period: $7,448.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $19,851.96**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ronald J Howarth | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | HENRY CHUDZIK, JR.<br>»» 12/5/19 AMD DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $36,035.39 | $1,930.21 | $34,105.18 |
| 2 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $1,792.30 | $89.97 | $1,702.33 |
| 3 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $21,098.88 | $1,130.15 | $19,968.73 |
| 4 | FOUNDATION FINANCE COMPANY | Unsecured Creditors | $3,045.57 | $163.15 | $2,882.42 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $21,360.81 | $1,144.25 | $20,216.56 |
| 6 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $30,979.18 | $1,659.38 | $29,319.80 |
| 7 | QUICKEN LOANS INC<br>»» P/12 CRANBURY NECK RD/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $20,846.47 | $1,116.69 | $19,729.78 |
| 9 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $3,077.17 | $164.83 | $2,912.34 |
| 10 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $43,129.74 | $2,310.22 | $40,819.52 |
| 11 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $19,970.26 | $1,069.70 | $18,900.56 |
| 12 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $19,628.41 | $1,051.38 | $18,577.03 |
| 13 | Wells Fargo Card Services | Unsecured Creditors | $21,077.00 | $1,128.98 | $19,948.02 |
| 14 | BANK OF AMERICA | Unsecured Creditors | $20,146.57 | $1,079.14 | $19,067.43 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY BANK | Unsecured Creditors | $1,412.00 | $70.88 | $1,341.12 |

**Chapter 13 Case No. 19-19803 / MBK**

| 16 | CITIBANK, N.A. | Unsecured Creditors | $25,717.16 | $1,377.53 | $24,339.63 |
| 0 | ROBERT C NISENSON ESQ<br>»» SUB OF ATTY 1/13/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,851.96 | Plan Balance: | $14,364.00 ** |
| Paid to Claims: | $17,486.46 | Current Monthly Payment: | $532.00 |
| Paid to Trustee: | $1,380.09 | Arrearages: | $0.00 |
| Funds on Hand: | $985.41 | Total Plan Base: | $34,215.96 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.