| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ROBERT C. NISENSON, LLC**<br>10 Auer Court<br>East Brunswick, NJ 08816<br>(732) 238-8777<br>Attorneys for Debtor<br>Robert C. Nisenson, Esq.<br>RCN 6680 | Order Filed on August 22, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>RONALD HOWARTH and LINDA HOWARTH<br><br>Debtor. | Case No.:         19-19803<br><br>Chapter:          13<br><br>Hearing Date:   August 9, 2023<br><br>Judge:             Michael B. Kaplan |

### ORDER ON MOTION TO REOPEN CASE

The relief set forth on the following page is **ORDERED**.

**DATED: August 22, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Debtors having filed a motion to Reopen Case; and the court having considered any objections filed; and for good cause shown; it is

X_ORDERED that the motion is granted and the order closing the case is vacated effective on the date of this order to make additional distribution to creditors. The case shall remain open until further order of this court

The Debtors shall make a 100% distribution to all Creditors and the Trustee will receive funds within 90 days.

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form Certification of Service.