| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
### Chapter 13 Case No. 19-19803 / MBK

Ronald J Howarth  
Linda B Howarth

Petition Filed Date: 05/14/2019  
341 Hearing Date: 06/20/2019  
Confirmation Date: 12/03/2019

Case Status: **Completed on 1/ 3/2024**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/26/2023 | $288,399.94 | 80829355 | | | | | | |

**Total Receipts for the Period: $288,399.94    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $322,615.90**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ronald J Howarth | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | HENRY CHUDZIK, JR.<br>»» 12/5/19 AMD DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $36,035.39 | $3,706.34 | $32,329.05 |
| 2 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $1,792.30 | $184.34 | $1,607.96 |
| 3 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $21,098.88 | $2,170.08 | $18,928.80 |
| 4 | FOUNDATION FINANCE COMPANY | Unsecured Creditors | $3,045.57 | $313.23 | $2,732.34 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $21,360.81 | $2,197.02 | $19,163.79 |
| 6 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $30,979.18 | $3,186.30 | $27,792.88 |
| 7 | QUICKEN LOANS INC<br>»» P/12 CRANBURY NECK RD/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $20,846.47 | $2,144.04 | $18,702.43 |
| 9 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $3,077.17 | $316.48 | $2,760.69 |
| 10 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $43,129.74 | $4,436.02 | $38,693.72 |
| 11 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $19,970.26 | $2,054.00 | $17,916.26 |
| 12 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $19,628.41 | $2,018.84 | $17,609.57 |
| 13 | Wells Fargo Card Services | Unsecured Creditors | $21,077.00 | $2,167.83 | $18,909.17 |
| 14 | BANK OF AMERICA | Unsecured Creditors | $20,146.57 | $2,072.13 | $18,074.44 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY BANK | Unsecured Creditors | $1,412.00 | $145.23 | $1,266.77 |
| 16 | CITIBANK, N.A. | Unsecured Creditors | $25,717.16 | $2,645.08 | $23,072.08 |
| 0 | Robert C. Nisenson, Esq.<br>»» SUB OF ATTY 1/13/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 17 | Chase Card Services | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-19803 / MBK**

| SUMMARY |
|---|
| **Your case was Completed on 1/03/2024.** |
| Summary of all receipts and disbursements from date filed through 1/03/2024: |
| Total Receipts: $322,615.90 |
| Paid to Claims: $31,756.96 |
| Paid to Trustee: $26,396.20 |
| Funds on Hand: $264,462.74 |